JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO CHAVEZ,<br><br>*Plaintiff,*<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, MICHAEL LEVANT, #35007, individually and as a peace officer, TIM COLSON, #32160 individually and as a peace officer, DOES 1-10. | CASE NO.:   CV 08-01209 GAF (PLAx)<br>*Honorable Judge GARY A. FEES*<br>*Magistrate Judge Paul Abrams*<br><br>**JUDGMENT ON SPECIAL VERDICT** |

On March 23, 2010, the foregoing matter was called for trial in Courtroom 740 of the United States District Court.  The parties answered ready for Trial.. On March 23, 2010, a panel of jurors was called and sworn.

The case was tried to the jury on March 23, 24, 25 and 26, 2010, and the case was then submitted to the jury for deliberation.

On March 26, 2010, the jury returned a unanimous verdict as follows:

WE, THE JURY, in the above-entitled action, unanimously find as follows:

**QUESTION NO. 1:**

Did Officer Levant violate Plaintiff's Fourth Amendment right to be free from unlawful seizure by falsely arresting or causing Plaintiff to be arrested as described in the

Court's jury instructions?

    Answer (check "yes" or "no"):

        Yes _____  No \_\_\_\_✓\_\_\_\_\_

- If you answered "yes" to question no. 1, go to Question 2.
- If you answered "no" to question no. 1, sign and return the verdict form to the Court.

**QUESTION NO. 2:** Did Officer Levant violate Plaintiff's Fourteenth Amendment right to due process by maliciously prosecuting Plaintiff or causing him to be prosecuted as described in this Court's jury instructions?

    Answer (check "yes" or "no"):

        Yes _____  No _____

Dated: \_3/26/2010_____

        REDACTED VERDICT FORM AS TO FOREPERSON SIGNATURE
        _____
        PRESIDING JUROR

## ORDER

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment on the merits be entered in favor of Defendants, CITY OF LOS ANGELES, MICHAEL LEVANT and TIM COLSON, and against Plaintiff, GERARDO CHAVEZ, that the Plaintiff take nothing; and that the Defendants THE CITY OF LOS ANGELES, MICHAEL LEVANT and TIM COLSON as the prevailing parties, shall be entitled to recover their costs reasonably incurred in defense of this action per the cost bill in the amount of $_____.

        (To be determined from the Bill of Costs.)

Dated: April 22, 2010

        */s/ Gary Feess*
        _____
        Honorable Gary A. Feess
        United States District Judge